946

No. 10–6157.  PUGH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–6173.  LEE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–6174.  ARBUTISKI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 09–1188.  SKINNER *v.* DEPARTMENT OF JUSTICE ET AL.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–1191.  DANIELS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–1242.  BAIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–1262.  PRESBYTERIAN CHURCH OF SUDAN ET AL. *v.* TALISMAN ENERGY, INC.; and

No. 09–1418.  TALISMAN ENERGY, INC. *v.* PRESBYTERIAN CHURCH OF SUDAN ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 09–1327.  MISSOURI *v.* GILL.  Sup. Ct. Mo.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 09–1328.  SMITH, WARDEN *v.* VASQUEZ.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 09–1339.  NESTLE PURINA PETCARE CO. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 09–1342.  SHERRY, WARDEN *v.* JOHNSON.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.